AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

OCT 13 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-2490-M |
| | ) | |
| Mayte HERNANDEZ-Hernandez | ) | |
| YOB: 1991  COC: Mexico | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Knowingly or intentionally possess with intent to manufacture, distribute, or dispense, a controlled substance; to wit: approximately 69.16kg of methamphetamine. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

/s/ Evan Mason
*Complainant's signature*

Evan Mason, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: 10/13/2019

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# ATTACHMENT A

On October 12, 2019, a United States Customs and Border Protection Officer (CBPO) was conducting inbound inspections as part of her duties at the Hidalgo, Texas Port of Entry (POE). The CBPO, while assigned to the primary inspection lanes, encountered a vehicle being driven by Mayte HERNANDEZ-Hernandez (HERNANDEZ).

Upon encountering HERNANDEZ, HERNANDEZ gave a negative declaration for food, alcohol, tobacco, firearms, drugs, and cash in excess of $10,000.00 USD. The CBPO then referred HERNANDEZ to the secondary inspection area for further inspection. Once in the secondary inspection area, HERNANDEZ again gave a negative declaration for food, alcohol, tobacco, firearms, drugs, and cash in excess of $10,000.00 USD. CBPOs observed a large speaker box bolted to the trunk of the vehicle being driven by HERNANDEZ. A CBP Canine also alerted at the trunk area of the vehicle. HERNANDEZ' vehicle was then sent to the Z Portal to be scanned. Upon scanning HERNANDEZ' vehicle, an anomaly was noted in the speaker box, located in the trunk of the vehicle.

CBPOs probed the anomaly and extracted a white powder substance that field tested positive for methamphetamine.

HERNANDEZ was detained and Homeland Security Investigations (HSI) Special Agent (SA) Evan Mason was advised of the situation and responded to the Hidalgo POE to interview HERNANDEZ. HERNANDEZ was read her Miranda rights in the Spanish language as witnessed by a CBPO. HERNANDEZ stated that she understood her rights, both verbally and in writing, and was willing to make a statement without an attorney present.

HERNANDEZ stated that she knew she was crossing drugs into the United States from Mexico and stated that she was going to be paid approximately $7000.00 USD to transport the drugs, later determined to be methamphetamine, into the United States from Mexico.

HERNANDEZ stated that, following successfully smuggling the methamphetamine into the United States, she was to be contacted by an individual and given directions directing HERNANDEZ where to deliver the vehicle and narcotics.